Manuel D. Serpa, Calif. Bar No. 174182
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
770 The City Drive South Suite 2000
Orange, CA 92868
Phone (714) 564-8644
Fax   (714) 940-0311
Email:  manuel.serpa@binderlawfirm.com

Attorneys for Plaintiff Margarita Apodaca Fonteneau

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA APODACA FONTENEAU,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 13-2014-DTB<br><br>**~~PROPOSED~~ ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND dollars and 00/CENTS ($4,000.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED AND 00/CENTS ($400.00), subject to the terms of

/ / /

/ / /

1

1 | the above-referenced Stipulation.  Any payment shall be delivered to Plaintiff's
2 | counsel as set forth in the stipulation.

Dated: March 17, 2015

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE